On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, in a memorandum.

AMERICAN ECONOMY INSURANCE COMPANY et al., Respondents, v STATE OF NEW YORK et al., Appellants.

Submitted November 7, 2016; decided November 17, 2016

Motion by American Insurance Association et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of IBRAHIM DONMEZ, Appellant, v NEW YORK CITY DEPARTMENT OF CONSUMER AFFAIRS et al., Respondents.

Decided November 17, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of IBRAHIM DONMEZ, Appellant, v NEW YORK CITY DEPARTMENT OF CONSUMER AFFAIRS et al., Respondents.

Decided November 17, 2016

Appeal, insofar as taken from the Appellate Division order confirming the determination of respondent New York City Department of Consumer Affairs, denying the petition, and dismissing the proceeding, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved; appeal, insofar as taken from the Appellate Division order resolving the motion to enlarge the record, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.